Form 210A (12/09)

# United States Bankruptcy Court

CENTRAL DISTRICT OF MINNESOTA

In Re: STATZ; BERNARD THOMAS            Case No. 1051138

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                     Beneficial Loan and Thrift Co.
-----------------------------------------              -------------------------------------------
Name of Transferee                                     Name of Transferor

Name and Address where notices to transferee           Court Claim # (if known): 12
should be sent:                                        Amount of Claim: $10,331.07
POB 41067                                              Date Claim Filed: 11/23/2010
Norfolk, VA 23541

Phone: (877)829-8298                                   Phone:
Last Four Digits of Acct # : 8604                      Last Four Digits of Acct #:

Name and Address where transferee payments             Seller Information
Should be sent (if different from above)               HSBC CONSUMER LENDING (USA) INC
POB 12914                                              841 SEAHAWK CIRCLE
Norfolk, VA 23541                                      VIRIGINIA BEACH VA 23452

Phone: (877)829-8298
Last Four Digits of Acct # : 8604

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Carol E. Hardy                                 Date: 6/2/2011
    -------------------------------------------
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571